State vs. Henderson et als.

## No. 11,762.

### STATE OF LOUISIANA VS. ALBERT HENDERSON ET ALS.

Act 124 of 1874 does not repeal Sec. 812, R. S. Hence, when the judge sentences the defendant, convicted of petty larceny, to hard labor for one year, the sentence is supported by Sec. 812, R. S.

APPEAL from the Fifth Judicial District Court, Parish of Morehouse. *Richardson, J.*

*M. J. Cunningham*, Attorney General, and *J. P. Madison*, District Attorney, for Plaintiff, Appellee.

*S. T. Baird* for Henry Henderson, Defendant, Appellant.

The opinion of the court was delivered by

McENERY, J. Albert Henderson was convicted under Act 124 of 1874, and Sec. 812, R. S.

He was sentenced to twelve months at hard labor in the penitentiary. He appealed. His defence is that the words " hard labor " are not found in the part of the Act No. 124 of 1874 relating to petty larceny.

The act divides larceny into grand and petty larceny. It prescribes the punishment for the latter offence " with imprisonment in any parish prison, or in the penitentiary, at the discretion of the court, for not more than two years."

The Act 124 of 1874 does not repeal Sec. 812, R. S.; State vs. Car-
odine, 28 An. 24.

Section 812 says: " Whoever shall be guilty of larceny shall be
imprisoned at hard labor, or otherwise, not exceeding two years."

Judgment affirmed.